AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| Eaddy | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-cv-8109 |
| United States of America | ) | |
| *Defendant* | ) | |

### APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff                    .

Date:    11/22/2024

/s/
*Attorney's signature*

Remy Green, 5505300
*Printed name and bar number*

Cohen&Green P.L.L.C.
1639 Centre St, Ste 216
Ridgewood, NY 11385

*Address*

remy@femmelaw.com
*E-mail address*

(929) 888-9480
*Telephone number*

(929) 888-9457
*FAX number*