# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| Eaddy | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 24-cv-8109 |
| United States of America | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff.

Date: 11/26/2024

/s/
*Attorney's signature*

Elena L. Cohen (4974796)
*Printed name and bar number*
Cohen&Green P.L.L.C.
1639 Centre St, Ste 216
Ridgewood, NY 11385

*Address*

elena@femmelaw.com
*E-mail address*

(929) 888 9650
*Telephone number*

(929) 888 9457
*FAX number*

[Print]  [Save As...]  [Reset]