AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Antonio Eaddy ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 24-cv-08109 (RPK)(VMS) |
| United States of America ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Antonio Eaddy

Date: 12/04/2024

*Attorney's signature*

Gideon Orion Oliver (GO8799)
*Printed name and bar number*

277 Broadway, Suite 1501
New York, NY 10007
*Address*

Gideon@GideonLaw.com
*E-mail address*

(718) 783-3682
*Telephone number*

(646) 349-2914
*FAX number*