UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

ANTONIO EADDY,

        Plaintiff,

-against-

UNITED STATES OF AMERICA,

        Defendant.

---

**Civil Action No. 24-cv-8109**

## AFFIRMATION OF SERVICE

1. I, Luke Cantwell, am over the age of 18 and not a party to this action.

2. On December 3, 2024, I caused to be served upon Defendant the United States of America the following documents: Summons in a Civil Action and Complaint by depositing true copies of same by certified mail, enclosed in a post-paid first class properly wrapper, in an official depository under the exclusive care and custody of the United States Postal Office within the State of New York to:

Office of General Counsel
Federal Bureau of Prisons
320 1st St., NW
Washington, DC 20534

Attorney General U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

*Luke Cantwell*
Luke Cantwell

12-03-2024
Date



