UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

ANTONIO EADDY,

                   Plaintiff,

        v.

UNITED STATES OF AMERICA,

                   Defendant.

------------------------------------------------------X

**NOTICE OF APPEARANCE**

Civil Action No. 24-cv-8109
(Kovner, J.)
(Scanlon, M.J.)

PLEASE TAKE NOTICE that JOHN J. DURHAM, United States Attorney for the Eastern District of New York, Alexandra Megaris, Assistant United States Attorney, of counsel, hereby enters an appearance in the above-captioned action as an attorney for Defendant United States of America. The undersigned certifies that she is authorized to appear in this Court. This appearance is made without waiver to service, venue, or jurisdiction.

Dated: Brooklyn, New York
       January 28, 2025

JOHN J. DURHAM
United States Attorney
Eastern District of New York
271-A Cadman Plaza East, 7th Floor
Brooklyn, New York 11201

By:   */s/ Alexandra Megaris*
     ALEXANDRA MEGARIS
     Assistant U.S. Attorney
     (718) 254-6105
     Alexandra.Megaris@usdoj.gov