

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 31, 2025

**By ECF**
Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  *Eaddy v. United States,* Civil Action No.: 24-cv-8109 (Kovner, J.) (Scanlon, M.J.)

Dear Judge Kovner:

This Office represents the United States ("Defendant") in the above-referenced Federal Tort Claims Act action. Defendant writes to respectfully request, with Plaintiff's consent, a 60-day extension of time, from February 3, 2025 to March 4, 2025 to answer, move, or otherwise respond to Plaintiff's Complaint. The undersigned apologizes to the Court for filing this extension request less than two business days before the deadline.

By way of background, Plaintiff Antonio Eaddy initiated this action on November 11, 2024, asserting tort claims against the United States arising out of an incident that occurred on May 10, 2022 at the Metropolitan Detention Center where Plaintiff was housed. *See* Dkt. No. 1. This request for extension is being made to permit additional time for this Office to receive and review information and documents from its agency client necessary to respond to the Complaint. Plaintiff has consented to this request.

This is the first application by any party for an extension of any kind in this action. This request does not affect any other deadlines. The United States thanks the Court for its consideration of this request.

Respectfully submitted,

JOHN J. DURHAM
United States Attorney

By:   */s/ Alexandra Megaris*
ALEXANDRA MEGARIS
Assistant U.S. Attorney
718-254-6105
Alexandra.Megaris@usdoj.gov

cc:   All counsel of record (by ECF)