UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTONIO EADDY,<br><br>                       Plaintiff,<br><br>-against-<br><br>UNITED STATES OF AMERICA,<br><br>                       Defendant. | Civil Action No. 24-cv-8109 |

## NOTICE OF APPEARANCE

To: The clerk of court and all parties of record

     I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: ANTONIO EADDY.

Dated:  New York, New York
         March 26, 2025

                                            Rickner PLLC

                                            By:        /s/

                                                Rob Rickner

                                               14 Wall Street, Suite 1603
                                               New York, New York 10005
                                               Phone: (212) 300-6506
                                               Fax: (888) 390-5401
                                               *Attorney for Plaintiff*

Served via ECF on:
All Parties of Record