

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 3, 2025

**By ECF**
Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Antonio Eaddy v. United States*, Civ. No. 24-8109 (Kovner, J.) (Scanlon, M.J.)

Dear Judge Kovner:

    This Office represents Defendant United States in this Federal Tort Claims Act ("FTCA") lawsuit and writes, with Plaintiff's consent, to respectfully request a two-week extension of time for Defendant to file its motion to dismiss the complaint from July 7, 2025 to July 21, 2025 and a concomitant extension of the deadlines for Plaintiff to file a response (from August 6, 2025 to August 20, 2025) and Defendant to file a reply (August 20, 2025 to September 3, 2025).

    This request for an extension is being made to permit additional time for the undersigned and staff at the Metropolitan Detention Center to finalize a declaration in support of the government's motion.

    This is the second request for an extension of the deadline to file the motion to dismiss. As noted above, Plaintiff consents to this request. Defendant thanks the Court for its consideration of this request.

    Respectfully submitted,

    JOSEPH NOCELLA, JR.
    United States Attorney
    *Counsel for Defendant*

By:    s/ *Alexandra Megaris*
    ALEXANDRA MEGARIS
    Assistant U.S. Attorney
    (718) 254-6105
    alexandra.megaris@usdoj.gov

cc:    All counsel of record (by ECF)