UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTONIO EADDY,<br><br>         Plaintiff,<br><br>   vs.<br><br>UNITED STATES OF AMERICA,<br><br>         Defendants. | Case No. 24-cv-08109-RPK-VMS<br><br>NOTICE OF CHANGE OF FIRM NAME AND ADDRESS |

   Pursuant to Local Rule 1.3(1) of this Court, please take notice of the following attorney information changes for Sara Wolkensdorfer. Ms. Wolkensdorfer's new contact information is:

   Rickner Moskovitz LLP
   14 Wall Street, Suite 4C
   New York, New York 10005
   Phone: (212) 300-6506
   Fax: (888) 390-5401
   Sara@ricknerpllc.com

Dated: New York, New York
   August 14, 2025

                        _____/s/_____
                        Sara Wolkensdorfer