

September 3, 2025

Alexandra Megaris
Assistant U.S. Attorney
Civil Division
Eastern District of New York
271-A Cadman Plaza East, 7th Floor
Brooklyn, New York 11201
Alexandra.Megaris@usdoj.gov

By Electronic Mail

  **Re:** *Eaddy v. United States of America,* 24-cv-8109 (RPK) (VMS)

Dear Counselor:

  Pursuant to the Court's Scheduling Order dated August 21, 2025, enclosed please find the following related to Plaintiff's Opposition to Defendant's Motion to Dismiss the First Amended Complaint.

1. Plaintiff's Memorandum in Law in Opposition to Defendant's Motion to Dismiss;
2. Declaration of Elena L. Cohen and exhibits referenced therein; and
3. Certificate of Compliance Pursuant to Local Rule 7.1(c)

             With regards,

             /s/
             _____

             Elena L. Cohen
             Cohen&Green P.L.L.C.
             *Co-counsel for Plaintiff*
             1639 Centre St., Suite 216
             Ridgewood, New York 11385