UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

**ANTONIO EADDY,**

                Plaintiff,

-against-

**UNITED STATES OF AMERICA,**

                Defendant.

Case No.: 24-cv-08109-RPK-VMS

---

**NOTICE OF CHANGE OF FIRM NAME, MAILING ADDRESS, AND EMAIL ADDRESS**

TO ALL PARTIES AND THE CLERK OF THE COURT: PLEASE TAKE NOTICE that undersigned counsel for Plaintiff has a new firm name, address, and email address, and requests that all papers and notices be served at:

> Rickner Moskovitz LLP
> 14 Wall Street, Suite 4C
> New York, New York 10005
> Tel. (212) 300-6506
> rob@rmcivilrights.com

Dated: New York, New York
       September 10, 2025

**Rickner Moskovitz LLP**

By:    /s/

Rob Rickner

14 Wall Street, Suite 4C
New York, New York 10005
Phone: (212) 300-6506
Fax: (888) 390-5401
*Attorneys for Plaintiff*