

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 12, 2025

**By ECF**

Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Antonio Eaddy v. United States*, Civ. No. 24-8109 (Kovner, J.) (Scanlon, M.J.)

Dear Judge Kovner:

This Office represents Defendant United States in this Federal Tort Claims Act ("FTCA") lawsuit and writes, with Plaintiff's consent, to respectfully request a one-week extension of time for Defendant to file its reply in support of its motion to dismiss the complaint from September 17, 2025 to September 24, 2025.

This is Defendant's third request for an extension of a deadline in connection with its motion to dismiss. As noted above, Plaintiff consents to this request. Defendant thanks the Court for its consideration of this request.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney
*Counsel for Defendant*

By:   s/ *Alexandra Megaris*
ALEXANDRA MEGARIS
Assistant U.S. Attorney
(718) 254-6105
alexandra.megaris@usdoj.gov

cc:   All counsel of record (by ECF)