UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

ANTONIO EADDY,

                            Plaintiff,          Civil Action No.
      v.                                            24-cv-8109

UNITED STATES OF AMERICA,           (Kovner, J.)
                                                    (Scanlon, M.J.)
                          Defendant.

-----------------------------------------------------------------x

     PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and all pleadings and proceedings herein, Defendant United States of America will move this Court, before the Honorable Rachel P. Kovner, United States District Judge, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, on a date and time to be designated by the Court, for dismissal of this action in its entirety pursuant to Fed. R. Civ. P. 12(b), and for such other and further relief as the Court deems just and proper.

     PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's July 4, 2025 Order granting Defendant's extension of time to file, Plaintiff shall serve his opposition papers no later than August 20, 2025.

     PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's July 4, 2025 Order granting Defendant's extension of time to file, Defendant shall serve its reply no later than September 3, 2025.

Dated:  Brooklyn, New York
        July 21, 2025

                JOSEPH NOCELLA, JR.
                United States Attorney
                Eastern District of New York
                Attorney for Plaintiff
                271-A Cadman Plaza East
                Brooklyn, New York 11201

        By: /s/ Alexandra Megaris
                ALEXANDRA MEGARIS
                Assistant United States Attorney
                (718) 254-6105
                alexandra.megaris@usdoj.gov

TO:   Robert H. Rickner
       Rickner PLLC
       14 Wall Street, Suite 1603
       New York, New York 10005
       rob@ricknerpllc.com

       Elana L. Cohen
       J. Remy Green
       Jessica Massimi
       Cohen & Green P.L.L.C.
       1639 Centre Street, Suite 216
       Ridgewood, New York 11385
       elena@femmelaw.com
       remy@femmelaw.com
       jessica@femmelaw.com