```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

ANTONIO EADDY,

                         Plaintiff,          Civil Action No.
        v.                                   24-cv-8109

UNITED STATES OF AMERICA,                    (Kovner, J.)
                                             (Scanlon, M.J.)
                         Defendant.

-----------------------------------------------------------------x
```

# DECLARATION OF JOSEPH SANTUCCI

1. I am employed by the Bureau of Prisons ("BOP"), as a Lieutenant at the Metropolitan Detention Center ("MDC") in Brooklyn, New York. As a Lieutenant, I supervise correctional officers and manage inmate activities to ensure safety and security are maintained throughout the institution.

2. In the course of my duties, I am authorized to access and search BOP's computerized inmate management program, SENTRY, which contains, among other things, BOP's files relating to Plaintiff's Housing Assignment, Request for Administrative Remedies and appeals, Sentencing and Computation, etc.

3. This declaration is based on my personal knowledge and understanding of BOP polices and records and my review of the SENTRY records of Antonio Eaddy ("Plaintiff").

4. BOP records reflect that Plaintiff entered BOP custody at the MDC on November 17, 2021 and assigned Register Number 74790-509.

5. **Exhibit A** is a true and correct copy of Plaintiff's Inmate History Quarters records as of March 6, 2025. Each transaction reflects a change in an inmate's housing assignment. The column headings are:

| FCL | Facility |
|---|---|
| Assignment/Description | Codes that represent the Housing Unit (floor), the Range (specific unit), and the Bed (including bunk level: lower (L) or upper (U)). |
| | ███████████████ |
| Start Date / Time | Date and time the assignment started |
| Stop Date / Time | Date and time the assignment stopped |

6. When Plaintiff entered custody on November 17, 2021, he was assigned ████ which is the Special Housing Unit ("SHU"), in accordance with MDC's Covid 19 quarantine protocol in place at the time. *See* **Exhibit A**.

7. On December 6, 2021, Plaintiff was assigned to general population housing unit 53. *See* **Exhibit A**.

8. On March 2, 2022, Plaintiff was re-assigned to the SHU as a disciplinary measure. *See* **Exhibit B** (true and correct copy of Plaintiff's disciplinary record as of March 6, 2025).

9. On April 5, 2022, Plaintiff was assigned to a general population unit 52. *See* **Exhibit A**.

10. On April 25, 2022, Plaintiff was re-assigned to the SHU while MDC staff investigated an incident that had occurred on unit 52. *See* **Exhibit C** (true and correct copy of SHU Release Form dated May 10, 2022).

11. On May 10, 2022, Plaintiff was assigned to general housing population unit 51. *See* **Exhibit A**.

2

12. Prior to releasing Plaintiff from the SHU, MDC staff reviewed the database and determined there were no separation orders in effect for plaintiff.

13. On October 12, 2022, Plaintiff was transferred to a federal detention center in Philadelphia, Pennsylvania. *See* **Exhibit A**.

14. On March 2, 2023, Plaintiff was transferred to FCI Otisville, a medium security federal correctional institution in Otisville, New York. *See* **Exhibit A**.

15. Plaintiff was released from FCI Otisville on supervised release on June 21, 2023. *See* **Exhibit A**

16. Plaintiff re-entered BOP custody on December 30, 2024 and was released again on February 5, 2025. *See* **Exhibit A**.

I declare under penalty of perjury, pursuant to 18 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 21st day of July, 2025

By: /s/ ***Joseph Santucci***_____<br>
Joseph Santucci<br>
Lieutenant

```
BROMD   531.01 *              INMATE HISTORY              *    03-06-2025
PAGE 001        *                QUARTERS                 *    09:58:31

 REG NO..: 74790-509 NAME....: EADDY, ANTONIO
 CATEGORY: QTR       FUNCTION: PRT        FORMAT:

FCL   ASSIGNMENT DESCRIPTION              START DATE/TIME STOP  DATE/TIME
```



```
G0002        MORE PAGES TO FOLLOW . . .
```

```
 BROMD  531.01 *              INMATE HISTORY              *    03-06-2025
PAGE 002 OF 002 *                QUARTERS                 *    09:58:31

 REG NO..: 74790-509 NAME....: EADDY, ANTONIO
 CATEGORY: QTR       FUNCTION: PRT        FORMAT:
```



```
FCL  ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP  DATE/TIME
```

```
G0000           TRANSACTION SUCCESSFULLY COMPLETED
```

```
 BROMD          *          INMATE DISCIPLINE DATA         *       03-06-2025
 PAGE 001 OF 001 *      CHRONOLOGICAL DISCIPLINARY RECORD      *    10:00:59

 REGISTER NO: 74790-509 NAME..: EADDY, ANTONIO
 FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 03-06-2025

 ------------------------------------------------------------------------------
 REPORT NUMBER/STATUS.: 3738817 - SANCTIONED  INCIDENT DATE/TIME: 02-27-2023 0815
 DHO HEARING DATE/TIME: 03-01-2023 1000
 FACL/CHAIRPERSON.....: PHL/VALENTINE
 REPORT REMARKS.......: I USED HIS PHONE
    297  PHONE ABUSE-DISRUPT MONITORING - FREQ: 1
         DIS GCT    / 27 DAYS / CS
         COMP:010 LAW:P   SANCTIONED IN ACCORDANCE TO P.S. 5270.09
         DS         / 7 DAYS / CS
                 FROM: 03-01-2023  THRU: 03-07-2023
         COMP:    LAW:    IMPOSED TO DEMONSTRATE THE SERIOUSNESS OF OFFENSE
         LP PHONE   / 60 DAYS / CS
                 FROM: 03-01-2023  THRU: 04-29-2023
         COMP:    LAW:    IMPOSED TO DETER FUTURE MISCONDUCT
 ------------------------------------------------------------------------------
 REPORT NUMBER/STATUS.: 3620213 - SANCTIONED  INCIDENT DATE/TIME: 04-21-2022 1315
 UDC HEARING DATE/TIME: 04-25-2022 0950
 FACL/UDC/CHAIRPERSON.: BRO/H/L WINDHAM
 REPORT REMARKS.......: I WAS WORKING OUT
    307  REFUSING TO OBEY AN ORDER - FREQ: 1
         LP VISIT   / 29 DAYS / CS
                 FROM: 04-25-2022  THRU: 05-23-2022
         COMP:    LAW:
 ------------------------------------------------------------------------------
 REPORT NUMBER/STATUS.: 3601399 - SANCTIONED  INCIDENT DATE/TIME: 03-02-2022 2325
 DHO HEARING DATE/TIME: 03-16-2022 1150            DHO REPT DEL: 03-28-2022 1002
 FACL/CHAIRPERSON.....: BRO/GONZALEZ
 REPORT REMARKS.......: INMATE ADMITTED TO THE CHARGE
    108  POSSESSING A HAZARDOUS TOOL - FREQ: 1 ATI: EYC RFP: D
         DIS GCT    / 41 DAYS / CS
         COMP:000 LAW:    TO DETER FUTURE NEGATIVE BEHAVIOR
         DS         / 45 DAYS / CS
                 FROM: 03-16-2022  THRU: 04-29-2022
         COMP:    LAW:    TO DETER FUTURE NEGATIVE BEHAVIOR
         LP EMAIL   / 180 DAYS / CS
                 FROM: 03-16-2022  THRU: 09-11-2022
         COMP:    LAW:    TO DETER FUTURE NEGATIVE BEHAVIOR




 G0005         TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

 

## METROPOLITAN DETENTION CENTER
## BROOKLYN, NEW YORK
## SPECIAL HOUSING UNIT (WEST SHU) RELEASE FORM

*****************************************************************

**Date:** May 10, 2022

**Inmate Name:** EADDY, ANTONIO
**Register Number:** 74790-509

SHU OIC VERIFYING/PREPARING ALL DOCUMENTATION: R. LATHAM
UNIT:
CELL: H-A
H62-530L

RATIONALE FOR PLACEMENT IN SHU: PENDING SIS INVESTIGATION

The release of this inmate is authorized as indicated below:
[] Completion of Disciplinary Segregation, no action pending.
[] Action of the Unit Disciplinary Committee, no action pending.
[X] Completion of an Investigation, no action pending.
[] Completion of Classification, review by Unit team, Captain.
[] Other:
[] PRIOR TO THE 4:00 P.M. COUNT
[X] AFTER THE 4:00 P.M. COUNT

SHU LT SIGN: _____ APPROVED
CAPTAIN SIGN: _____ APPROVED
SIS SIGN: _____ APPROVED
CMC SIGN: _____ APPROVED  CELL: _____
MEDICAL SIGN: _____ APPROVED

*Handwritten note: Black Gangster Disciples REC H-52*

**INMATE WILL NOT BE RELEASED WITHOUT ALL SIGNATURES AND FOLLOWING DOCUMENTATION ATTACHED: PP44, PP10, AND PD15 (CHRONO AND PENDING)**

**\*\*FILE AWAY FOR UNIT TEAM AFTER INMATE IS RELEASED\*\***

```
 BROF7  535.03 *              INMATE PROFILE              *     05-10-2022
PAGE 001 OF 001                                                 11:25:22
              74790-509          REG
REGNO: 74790-509                 FUNCTION: PRT  DOB/AGE.: 03-13-1997 / 25
NAME.: EADDY, ANTONIO STORM                     R/S/ETH.: B/M/O    WALSH: YES
RSP..: BRO-BROOKLYN MDC                         MILEAGE.: 3 MILES
PHONE: 718-840-4200        FAX: 718-840-5005
PROJ REL METHOD: UNKNOWN                        FBI NO..: 937652DH9
PROJ REL DATE..: UNKNOWN                        INS NO..:
PAR ELIG DATE..:                                SSN.....:
PAR HEAR DATE..:                 PSYCH: NO      DETAINER: NO       CMC..: NO
OFFN/CHG RMKS: 18:922 WEAPONS TRAFFICKING
OFFN/CHG RMKS: 18:924 WEAPONS OFFENSE
```



```
G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

Case 1:24-cv-08109-RPK-VMS   Document 26-2   Filed 09/24/25   Page 8 of 11 PageID #: 100

```
 BROF7             *       INMATE DISCIPLINE DATA         *    05-10-2022
 PAGE 001 OF 001  *    CHRONOLOGICAL DISCIPLINARY RECORD  *    11:20:54

REGISTER NO: 74790-509 NAME..: EADDY, ANTONIO STORM
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 05-10-2022
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3620213 - SANCTIONED INCIDENT DATE/TIME: 04-21-2022 1315
UDC HEARING DATE/TIME: 04-25-2022 0950
FACL/UDC/CHAIRPERSON.: BRO/H/L WINDHAM
REPORT REMARKS.......: I WAS WORKING OUT
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP VISIT   / 60 DAYS / CS
                   FROM: 04-25-2022  THRU: 06-23-2022
        COMP:    LAW:
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3601399 - SANCTIONED INCIDENT DATE/TIME: 03-02-2022 2325
DHO HEARING DATE/TIME: 03-16-2022 1150         DHO REPT DEL: 03-28-2022 1002
FACL/CHAIRPERSON.....: BRO/GONZALEZ
REPORT REMARKS.......: INMATE ADMITTED TO THE CHARGE
   108  POSSESSING A HAZARDOUS TOOL - FREQ: 1 ATI: EYC RFP: D
        DIS GCT    / 41 DAYS / CS
        COMP:000 LAW:    TO DETER FUTURE NEGATIVE BEHAVIOR
        DS         / 45 DAYS / CS
                   FROM: 03-16-2022  THRU: 04-29-2022
        COMP:    LAW:    TO DETER FUTURE NEGATIVE BEHAVIOR
        LP EMAIL   / 180 DAYS / CS
                   FROM: 03-16-2022  THRU: 09-11-2022
        COMP:    LAW:    TO DETER FUTURE NEGATIVE BEHAVIOR




G0005     TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
BROF7            *       INMATE DISCIPLINE DATA       *    05-10-2022
PAGE 001 OF 001  *          PENDING REPORTS           *    11:21:28

REGISTER NO: 74790-509 NAME..: EADDY, ANTONIO STORM
FUNCTION...: PRT       FORMAT: PENDING    LIMIT TO ___ MOS PRIOR TO 05-10-2022




G5464      NO PENDING INCIDENT REPORTS EXIST FOR ABOVE INMATE
```

```
BROF7  535.07  *     CIM CLEARANCE AND SEPARATEE DATA     *    05-10-2022
PAGE 001 OF 001 *                                         *    11:40:16
```

REGISTER NO: 74790-509 NAME: EADDY, ANTONIO STORM

| REGISTER NUMBER | LAST NAME | FIRST NAME | ARS FCL | ARS ASSIGN | ARS DATE | ARS TIME | QTR ASSIGN |
|---|---|---|---|---|---|---|---|
| 74790-509 | EADDY | ANTONIO | BRO | A-PRE | 04-22-2022 | 1304 | Z04-119LAD |

*****      FOI EXEMPT

P0011      THIS INMATE HAS NO CMC ASSIGNMENTS