UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
ANTONIO EADDY,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.
---------------------------------------------------------------- X

JUDGMENT
24-CV-8109 (RPK) (VMS)

An Order of Honorable Rachel P. Kovner, United States District Judge, having been filed on September 10, 2026, granting the Defendant's motion to dismiss the complaint for lack of subject-matter jurisdiction, it is

ORDERED and ADJUDGED that the Defendants' motion to dismiss the complaint is GRANTED.

Dated: Brooklyn, NY
September 11, 2026

Brenna B. Mahoney
Clerk of Court

By: _/s/Ryan Richards_
Deputy Clerk