UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTONIO EADDY,<br><br>Plaintiff,<br><br>-against-<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.: 1:24-cv-08109-RPK-VMS |

PLEASE TAKE NOTICE that all Plaintiff Antonio Eaddy hereby appeals to the United States Court of Appeals for the Second of Circuit from the Order dated September 10, 2026, docket number 30, and the Judgment entered by the Clerk of the Court on September 11, 2026 dismissing the case, docket number 31.

Dated: New York, New York
October 6, 2026

RICKNER MOSKOVITZ LLP

By: /s/

Rob Rickner, Esq.

14 Wall Street, Suite 4C
New York, New York 10005
Phone: (212) 300-6506

*Attorneys for Plaintiff*